IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| SANTOS LAZO MARTINEZ, | * |
| Petitioner, | * |
| v. | Case No. 4:22-CV-68-CDL-MSH |
| | * |
| MERRICK GARLAND, et al., | |
| | * |
| Respondent. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 16, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 16th day of December, 2022.

David W. Bunt, Clerk

s/ Amy N. Stapleton, Deputy Clerk